# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| KATHRYN A. MORTENSEN ZIMMERMAN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>RINGGOLD COUNTY, IOWA, RON LANDPHAIR in his official capacity, COLBY HOLMES in his official capacity, STEVE KNAPP in his official capacity, RANDY TAYLOR in his official capacity, MARC RIDOUT in his official capacity, NATHAN NICKLE in his official capacity, AND AMANDA WASKE in her official capacity,<br><br>　Defendants. | CASE NO. 4:24-cv-00207-SMR-HCA<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW Plaintiff, by and through counsel, and hereby notifies the Court that the parties have resolved this matter and do not need further action from the Court. A dismissal will be filed upon full execution of the Agreement.

　　　　　　　　　　　　　　　　　　　　*/s/ Tyler K. Adams*
　　　　　　　　　　　　　　　　　　　　ROXANNE CONLIN AT0001642
　　　　　　　　　　　　　　　　　　　　TYLER K. ADAMS AT0014549
　　　　　　　　　　　　　　　　　　　　ROXANNE CONLIN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　3721 SW 61st Street, Suite C
　　　　　　　　　　　　　　　　　　　　Des Moines, IA 50321-2418
　　　　　　　　　　　　　　　　　　　　Phone: (515) 283-1111; Fax: (515) 282-0477

　　　　　　　　　　　　　　　　　　　　Email: roxanne@roxanneconlinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　tadams@roxanneconlinlaw.com
　　　　　　　　　　　　　　　　　　　　　　cc: dpalmer@roxanneconlinlaw.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2024, the foregoing document was electronically filed through the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

Signature:  _Tyler K. Adams_____